UNITED STATES of America, Plaintiff–Appellee,

v.

Patrick Edwin RUDD, Defendant–Appellant,

and

Dee Izbicki; Kathryn Crews Averett, in her official capacity as Granville County Register of Deeds, Defendants.

No. 02–1352.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 19, 2002.

**650**

Patrick Edwin Rudd, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Patrick Edwin Rudd appeals the district court's judgment granting in part the Government's motion for summary judgment. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we grant Rudd's motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. *See United States v. Rudd,* CA–01–730 (E.D.N.C. Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*